**Joseph Serpe, Plaintiff-Appellee, v. Luis Rivera, Defendant-Appellant.**

**Gen. No. 48,972.**

First District, Third Division.
June 12, 1963.

Ellis and Ellis, of Chicago (Morris W. Ellis, of counsel), for appellant. No brief filed by appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.